**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6803**

---

DAVID TILLMAN, III,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA; UNITED STATES CONGRESS; UNITED
STATES SUPREME COURT,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:13-ct-03288-BO)

---

Submitted:  September 23, 2014    Decided:  September 26, 2014

---

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David Tillman, III, Appellant Pro Se.  Matthew Fesak, Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Tillman, III, appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Tillman v. United States, No. 5:13-ct-03288-BO (E.D.N.C. Apr. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED